UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAXWELL**, *et al.*, <br><br> **Plaintiffs**, <br><br> v. <br><br> **THE ISLAMIC REPUBLIC OF IRAN**, <br><br> **Defendant**. | Civil Action No. 1:22-cv-00173-RC |

**PLAINTIFFS' MOTION TO ADOPT
THE SPECIAL MASTER'S REPORT AND RECOMMENDATION
AND MEMORANDUM IN SUPPORT**

Plaintiffs respectfully move this Court for an order adopting the Special Master's Report and Recommendation, pursuant to Fed. R. Civ. P. 53(f).

Counsel for Plaintiffs could not confer with Counsel for Defendant as required by Local Rule 7(m) because Defendant has not yet entered an appearance and has not acknowledged other efforts to contact it in this case or in others similar to it.

**Argument**

On November 3, 2023, the Special Master submitted his Report and Recommendation with the Court setting forth findings of fact and conclusions of law and recommendations for compensatory damages awards for each of the Plaintiffs, and the sealed filing was docked on November 11, 2023.  Dkt. 34.  Plaintiffs do not object the Special Master's Report and Recommendation, and request that the Court adopt it and enter judgment in favor of all Plaintiffs in the amounts recommended by the Special Master.

Plaintiffs believe that the Special Master's Report and Recommendation addresses the legal and factual issues relating to each of the Plaintiffs' claims.  Because Plaintiffs have no

objection to the Report and Recommendation, and believe that the Special Master appropriately and comprehensively has addressed their claims under applicable law, Plaintiffs respectfully move the Court pursuant to Fed. R. Civ. P. 53(f)(2) to adopt the Report and Recommendation and proceed to judgment.

Plaintiffs are prepared to expeditiously answer any further questions or provide any information or assistance, legal or factual, that may be useful to the Court in connection with the Court's consideration of the Plaintiffs' claims.

## Conclusion

For the reasons set forth herein, Plaintiffs respectfully move this Court to adopt the Special Master's Report and Recommendation and enter judgment in Plaintiffs' favor in the amounts recommended by the Special Master. A proposed order is attached.

Dated:  November 17, 2023                        Respectfully submitted,

/s/ Aryeh S. Portnoy
Aryeh S. Portnoy, D.C. Bar No. 464507
John L. Murino, D.C. Bar No. 484818
Emily M. Alban, D.C. Bar No. 977035

CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 624-2500

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system on November 17, 2023.  The Defendant in this action could not be sent a copy of the foregoing as it has not yet entered an appearance and/or has not acknowledged other efforts to contact it in this case or others similar to it.

                                             */s/ Aryeh S. Portnoy*
                                             Aryeh S. Portnoy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MAXWELL**, *et al.*,

        **Plaintiffs**,

v.

**THE ISLAMIC REPUBLIC OF IRAN**,

        **Defendant**.

Civil Action No. 1:22-cv-00173-RC

## PROPOSED ORDER

Upon consideration of Plaintiffs' Motion to Adopt the Special Master's Report and Recommendation, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the Court hereby adopts the Special Master's Report and Recommendation and shall enter judgment on behalf of Plaintiffs consistent with the Report and Recommendation.

**SO ORDERED.**

Date: _____, 2023

_____
Hon. Rudolph Contreras
United States District Judge